IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 22-12531-F

———————————

EDWIN W. LOCKHART,

Plaintiff - Appellant,

versus

DUANE CUNNINGHAM,
Nurse Practitioner - Individual Capacity,

Defendant - Appellee,

CARRIE DAFFRON,
Health Services Administrator, et al.,

Defendants.

———————————

Appeal from the United States District Court
for the Middle District of Florida

———————————

Before: JILL PRYOR, BRANCH, and GRANT, Circuit Judges.

BY THE COURT:

Edwin Lockhart's motion for leave to proceed is DENIED and the appeal is DISMISSED

because the appeal is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Bilal v. Driver*, 251 F.3d 1346,

1349 (11th Cir. 2001).

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 13, 2023

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number:  22-12531-F
Case Style:  Edwin Lockhart v. Duane Cunningham
District Court Docket No:  5:22-cv-00194-KKM-PRL

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
| | |
|---|---|
| General Information | 404-335-6100 |
| New / Before Briefing Cases | 404-335-6135 |
| Cases in Briefing / After Opinion | 404-335-6130 |
| Cases Set for Oral Argument | 404-335-6141 |
| Capital Cases | 404-335-6200 |
| Attorney Admissions | 404-335-6122 |
| CM/ECF Help Desk | 404-335-6125 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

## Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, January 13, 2023 4:11 PM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 22-12531-F Edwin Lockhart v. Duane Cunningham "Court Order Filed Denied Leave to Proceed" (5:22-cv-00194-KKM-PRL) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 01/13/2023

**Case Name:** Edwin Lockhart v. Duane Cunningham

**Case Number:** 22-12531

**Document(s):** 8

**Docket Text:**
ORDER: Motion for leave to proceed filed by Appellant Edwin W. Lockhart is DENIED. [6], [4]; On its own motion, the court DISMISSES the appeal as frivolous. JP, ELB and BCG (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Honorable Philip R. Lammens, U.S. Magistrate Judge
Honorable Kathryn Kimball Mizelle, U.S. District Judge

**Notice sent via US Mail to:**

Edwin W. Lockhart
750251
Marion CI - Inmate Legal Mail
PO BOX 158
LOWELL, FL 32663-0158

The following document(s) are associated with this transaction:
**Document Description: Court Order Filed**
**Original Filename: 22-12531.ord.pdf**
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/13/2023] [FileNumber=9846473-0]

[05f1a2f4450586ed51b99baa568abd3208a4fb9293b2df44a66bbcc56fb2877d4b1a5430ec04584be9e3d37554076fc8cd8 9827c94413868776800b67fcf4d70]]

**Document Description:** DIS-4 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/ReginaVeals-Gillis_2212531_9846473_DIS-4Multi-purposedismissalletter_164.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=01/13/2023] [FileNumber=9846473-1]
[1635ae2e218aeeabf38eec21b9b03236b18988041b81f23d341d698b18aba1c1e10200b6c350301fd0f54495939604aeb8 246aa6f277be877185b1cb3d4d01e1]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Honorable Philip R. Lammens, U.S. Magistrate Judge
- Edwin W. Lockhart
- Honorable Kathryn Kimball Mizelle, U.S. District Judge